| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:04CR00018 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 04-10222 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Norman Moran III<br><br>19 Whitcomb Street<br>Webster, MA 01570 | CONNECTICUT | INSERT OFFICE HERE |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Donna F. Martinez, U.S. Magistrate Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 3, 2004 | TO May 2, 2006 |

OFFENSE

18 U.S.C. § 1703(b), Delay or Destruction of Mail

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/28/04                                                     *[signature]*
Date                                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 26, 2004                                               *William G. Young*
Effective Date                                              United States District Judge